IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                  Plaintiff, )<br>                  )<br>vs.                  )    Case No. 11-40073-01-RDR<br>                  )<br>MARK P. COLLIER, )<br>                  Defendant. )<br>_____) | |

### **O R D E R**

**NOW** on this 23rd day of September, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting additional time of one (1) week to file motions. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, –-F.3d—, 2009 WL 2357228 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including September 29, 2011 to file motions in the above-entitled action, and the government shall have until October 11, 2011 to file responses. The hearing on said motions shall be rescheduled for October 21, 2011 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

                                                s/Richard D. Rogers
                                                United States District Judge