IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,
vs.                              **Case No. 11-40073-01-RDR**

MARK P. COLLIER,

        Defendant.

### O R D E R

This matter is presently before the court upon the government's motion to extend the deadline to respond to defendant's pretrial motion. The government seeks a five-day extension to file its response. The government notes that the defendant does not object to the motion.

For the reasons stated, the court shall grant the government's motion. The court shall allow the government until October 17, 2011 in which to file its response.

**IT IS THEREFORE ORDERED** that the government's motion to extend deadline to respond to defendant's pretrial motion (Doc. # 16) be hereby granted. The court shall allow the government until October 17, 2011 in which to file its response.

**IT IS SO ORDERED.**
Dated this 6th day of October, 2011 at Topeka, Kansas.

                                        s/RICHARD D. ROGERS
                                        United States District Judge